**Clara Sue HUGHES, Widow of James Hughes, Petitioner,**

v.

**CLINCHFIELD COAL COMPANY; Director, Office of Workers' Compensation Programs, United States Department of Labor, Respondents.**

No. 01–1262.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 28, 2001.

Decided Oct. 15, 2001.

Clara Sue Hughes, petitioner pro se. Timothy Ward Gresham, Penn, Stuart & Eskridge, Abingdon, VA; Patricia May Nece, Jeffrey Steven Goldberg, Christian P. Barber, United States Department of Labor, Washington, DC, for respondents.

Before DIANA GRIBBON MOTZ and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Clara Sue Hughes seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C.A. §§ 901–945 (West 1986 & Supp.2001). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board.* *See Hughes v. Clinchfield Coal Co.,* No. 00–413–BLA (BRB Feb. 8, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* We have considered the revisions to the regulations implementing the Black Lung Benefits Act, *see* Regulations Implementing the Federal Coal Mine Health and Safety Act of 1969, as amended; 65 Fed.Reg. 79,919 (Dec. 20, 2000), and have determined that the revisions do not affect the outcome of this case.